

1
2
3
4
5

6                **UNITED STATES DISTRICT COURT**

7                **CENTRAL DISTRICT OF CALIFORNIA**

8
9    UNITED STATES OF AMERICA,       )
                                     )
10                       Plaintiff,  )  CASE NO.  *10-MJ-2724-8*
                                     )
11            v.                     )
                                     )
12                                   )  ORDER OF DETENTION
                                     )
13   *STEVEN VELARQUEZ*,              )
                                     )
14                       Defendant.  )
                                     )
15
16                                    I.

17   A. (X)    On motion of the Government in a case allegedly involving:

18       1. ( )    a crime of violence.

19       2. (X)    an offense with maximum sentence of life imprisonment or death.

20       3. (X)    a narcotics or controlled substance offense with maximum sentence
21                 of ten or more years .

22       4. ( )    any felony - where the defendant has been convicted of two or more
23                 prior offenses described above.

24       5. ( )    any felony that is not otherwise a crime of violence that involves a
25                 minor victim, or possession or use of a firearm or destructive device
26                 or any other dangerous weapon, or a failure to register under 18
27                 U.S.C § 2250.

28   B. ( )    On motion by the Government / ( ) on Court's own motion, in a case

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                        Page 1 of 4

1           allegedly involving:

2       (✗)     On the further allegation by the Government of:

3        1. (✗)    a serious risk that the defendant will flee.

4        2. ( )     a serious risk that the defendant will:

5           a. ( ) obstruct or attempt to obstruct justice.

6           b. ( ) threaten, injure, or intimidate a prospective witness or juror or

7                attempt to do so.

8   C. The Government (✗) is/ ( ) is not entitled to a rebuttable presumption that no

9       condition or combination of conditions will reasonably assure the defendant's

10      appearance as required and the safety of any person or the community.

11

12                          II.

13   A. (✗)    The Court finds that no condition or combination of conditions will

14           reasonably assure:

15        1. (✗)    the appearance of the defendant as required.

16          ( )     and/or

17        2. ( )    the safety of any person or the community.

18   B. ( )     The Court finds that the defendant has not rebutted by sufficient

19           evidence to the contrary the presumption provided by statute.

20

21                         III.

22   The Court has considered:

23   A. the nature and circumstances of the offense(s) charged, including whether the

24      offense is a crime of violence, a Federal crime of terrorism, or involves a minor

25      victim or a controlled substance, firearm, explosive, or destructive device;

26   B. the weight of evidence against the defendant;

27   C. the history and characteristics of the defendant; and

28   D. the nature and seriousness of the danger to any person or to the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (X)   As to flight risk: ____ no sufficient surities _____

_____

_____

_____

_____

_____

_____

_____

B. ( )   As to danger: _____

_____

_____

_____

_____

_____

_____

_____

## VI.

A. ( )   The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct  or  attempt to  obstruct  justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

1    B. The Court bases the foregoing finding(s) on the following: _____

2    _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9                                    VII.

10

11   A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12   B. IT IS FURTHER ORDERED that the defendant be committed to the

13      custody of the Attorney General for confinement in a corrections facility

14      separate, to the extent practicable, from persons awaiting or serving

15      sentences or being held in custody pending appeal.

16   C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

17      opportunity for private consultation with counsel.

18   D. IT IS FURTHER ORDERED that, on order of a Court of the United States

19      or on request of any attorney for the Government, the person in charge of

20      the corrections facility in which the defendant is confined deliver the

21      defendant to a United States marshal for the purpose of an appearance in

22      connection with a court proceeding.

23

24

25

26   DATED: _11-3-2010_

27   HON. PATRICK J. WALSH
     UNITED STATES MAGISTRATE JUDGE

28

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                              Page 4 of 4